| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:25-cr-113 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| ELIZABETH J. COX | ) | Magistrate Judge Dumitru |

## ORDER

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea as to Count Two of the Indictment; (2) accept Defendant's guilty plea as to Count Two of the Indictment; (3) adjudicate the Defendant guilty of Count Two of the Indictment; (4) defer a decision on whether to accept the plea agreement [Doc. 21] until sentencing; and (5) order that Defendant be remanded into custody on July 8, 2026 until sentencing in this matter [Doc. 28]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation [Doc. 28] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not guilty plea as to Count Two of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Two is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Two;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **November 19, 2026 at 10:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

2